October 22, 2010

Mr. Darrin M. Walker
Law Office of Darrin Walker
2054 Parkdale Drive
Kingwood, TX 77339
Mr. John H. Seale
Seale Stover & Bisbey
P. O. Box 480
Jasper, TX 75951

RE: Case Number: 10-0226
 Court of Appeals Number: 12-09-00064-CV
 Trial Court Number: 12,084

Style: MILLARD VAUGHN AND BARBARA VAUGHN
 v.
 PAUL DRENNON AND MARY DRENNON

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and judgment in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Tanya |
| |Walker |
| |Ms. Cathy S. |
| |Lusk |